MARTIN C. CARLSON
Acting United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-CR-240 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (S. H. Rambo) |
| | ) | |
| DONALD E. MORROW, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

       Full satisfaction is hereby acknowledged of that certain judgment entered on February 12, 2001, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED: August 13, 2008

                                           MARTIN C. CARLSON
                                           Acting United States Attorney

                                           <u>/s G. MICHAEL THIEL</u>
                                           G. MICHAEL THIEL
                                           Assistant U.S. Attorney

                                           KAREN M. MUSLOSKI
                                           Paralegal Specialist